Larry Lockshin (SBN 61926)
Diana Esquivel (SBN 202954)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:    (916) 649-3779
Email:         LockshinLawCorp@aol.com

Attorneys for Plaintiff
FRANCISCO SERRATO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| FRANCISCO SERRATO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY,  et al.,<br><br>　　　　Defendants. | No.  1:07-CV-01025-OWW-DLB |

**VOLUNTARY DISMISSAL**

Plaintiff, FRANCISCO SERRATO, by and through his counsel, Larry Lockshin, Esq., A Law Corporation, hereby dismisses this action with prejudice.

DATED: August 15, 2007                         LARRY LOCKSHIN, ESQ.
                                               A Law Corporation


                                               By:_____/s/_____
                                                       LARRY LOCKSHIN, ESQ.
                                                       Attorneys for Plaintiff


**IT IS SO ORDERED:**

DATED: November 9, 2007


                                               /s/ OLIVER W. WANGER
                                               JUDGE OLIVER W. WANGER
                                               UNITED STATES DISTRICT JUDGE

Voluntary Dismissal

2